Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef stew the same in all material respects as that the subject of *United States* v. *The Crosse & Blackwell Co.* (42 C. C. P. A. 99, C. A. D. 579), the claim of the plaintiffs was sustained.

**No. 59568.**—The Crosse & Blackwell Company *v.* United States, protests 187313–K and 193843–K (Baltimore).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef stew the same in all material respects as that the subject of *United States* v. *The Crosse & Blackwell Co.* (42 C. C. P. A. 99, C. A. D. 579), the claim of the plaintiff was sustained.

**No. 59569.**—The Crosse & Blackwell Company *v.* United States, protests 206266–K/4437 and 207757–K/4620 (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef stew the same in all material respects as that the subject of *United States* v. *The Crosse & Blackwell Co.* (42 C. C. P. A. 99, C. A. D. 579), the claim of the plaintiff was sustained.

**No. 59570.**—Holland Colombo Trading Society, Inc., et al. *v.* United States, protests 182009–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of coconut shell charcoal the same in all material respects as that the subject of *Holland Colombo Trading Society, Inc.* v. *United States* (34 Cust. Ct. 90, C. D. 1684), the claim for free entry under paragraph 1802 was sustained.

**No. 59571.**—Holland Colombo Trading Society, Inc. *v.* United States, protests 189348–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of coconut shell charcoal the same in all material respects as that the subject of *Holland Colombo Trading Society, Inc.* v. *United States*